# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL BRANNIGAN, ATTORNEY IN FACT FOR PATIENT KD,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM INSURANCE COMPANIES INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD,<br><br>Defendant. | Case No. 1:23-cv-00184-SEB-KMB |

## ORDER OF DISMISSAL

The parties having so stipulated, the above-captioned cause of action is hereby ordered dismissed, with prejudice, costs paid.

Date: 05/15/2023

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Distribution will be made electronically on all registered counsel of record via the court's e-filing system.

0131135.0766662   4884-8716-1955v1